IN THE United States District Court for the Western District of Pennsylvania

1539
No Related

DAVID FRANCO , pro se Plaintiff,

v.

Amazon.com, Inc., and Amazon.com Services LLC, Defendants.

FILED
APR 03 2026
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Civil Action No. 2:26-cv-563

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff David Franc0 respectfully moves the Court for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915 and states as follows.

Plaintiff is financially unable to pay the filing fees required to commence this civil action.

Plaintiff's income and assets are extremely limited and insufficient to pay the costs of filing and litigating this matter while maintaining basic living necessities.

Plaintiff has completed and attached the Court's financial affidavit form as required.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to proceed in forma pauperis and allow this action to proceed without prepayment of fees.

Respectfully submitted on Date: 3-30-26 ,

David Franco ,Plaintiff, Pro Se , 551 5th ave, brownsville pa 15417

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the
western district of Pennsylvania

Davd Franco
*Plaintiff/Petitioner*
v.
Amazon.com, Inc., and Amazon.com Services LLC
*Defendant/Respondent*

) Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ________________.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0.00, and my take-home pay or wages are: $ 0.00 per *(specify pay period)* ________________.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 20.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
my home is currently appraised/ valued at approximately $25k
(I'm on welfare, and receive SNAP (food stamps) which covers food expenses.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
N/A (except annual property bill my cousin usually pays on my behalf. )

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Various credit card debts – approximately $5,000 (across several accounts)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 03-30-2026

[signature]
*Applicant's signature*

David Franco
*Printed name*